UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUHEE KANG,

                      Petitioner,

        -against-

KEN CUCCINELLI, Director of USCIS, et al.,

                      Respondents.

20-CV-10648 (CM)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Petitioner brings this petition for a writ of mandamus *pro se*. To proceed with a civil action in this Court, Petitioner must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

    Petitioner submitted the petition without the filing fees or an IFP application. Within thirty days of the date of this order, Petitioner must either pay the $402.00 in fees or submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 20-CV-10648 (CM). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. No summons shall issue at this time. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

2

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: January 19, 2021
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge